**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; and OPMOBILITY LIGHTING HOLDING, <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO., LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; and DOE DEFENDANTS 1-20, <br><br> Defendants. | Civil Action No. 26-802 (MN) <br><br> Adv. Pro. No. 26-50470 (CTG) <br><br> Bankruptcy Case No. 25-11034 (CTG) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Plaintiffs OPmobility Gestion, OPmobility SE, OPmobility Holding USA Inc., and OPmobility Lighting Holding (together, "OPmobility") by and through their undersigned counsel, respectfully request oral argument on Plaintiffs' *Motion for Mandatory or, In the Alternative, Permissive Withdrawal of the Reference* (the "Motion") (D.I. 1).  Briefing on the Motion is now complete. Counsel for OPmobility is available at the Court's convenience for a hearing on the Motion.

1

Date: July 27, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jacob R. Kirkham*

**KOBRE & KIM LLP**
Jacob R. Kirkham (No. 5768)
Stephen Astringer (No: 6375)
Danielle Bateman (admitted *pro hac vice*)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460
Email: jacob.kirkham@kobrekim.com
Email: stephen.astringer@kobrekim.com
Email: danielle.bateman@kobrekim.com

-and-

Michael Ng (admitted *pro hac vice*)
Daniel A. Zaheer (admitted *pro hac vice*)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Email: michael.ng@kobrekim.com
Email: daniel.zaheer@kobrekim.com

-and-

Adam Lavine (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Email: adam.lavine@kobrekim.com

*Attorneys for Plaintiffs OPmobility Gestion;*
*OPmobility SE; OPmobility Holding USA*
*Inc.; and OPmobility Lighting Holding.*

2