## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; and OPMOBILITY LIGHTING HOLDING,

Plaintiffs,

v.

STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO., LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; and DOE DEFENDANTS 1-20,

Defendants.

Civil Action No. 26-802 (MN)

Adv. Pro. No. 26-50470 (CTG)

Bankruptcy Case No. 25-11034 (CTG)

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendants Strategic Value Partners, LLC ("SVP"), Marelli Holdings Co., LTD., Marelli Corporation, Marelli North America, Inc., Marelli Holding USA LLC, Marelli Tennessee USA LLC, and Marelli Automotive Lighting USA LLC (collectively, "Marelli" or the "Debtors," and together with SVP, "Defendants"), by and through their undersigned counsel, respectfully request that the Court grant oral argument on *Plaintiffs' Motion for Mandatory or, In the Alternative, Permissive Withdrawal of the Reference* (the "Motion") [D.I. 1]. Defendants believe that oral argument will allow them to further address the parties' positions and respond promptly to any questions the Court may have with respect to the Motion. The Motion has been fully briefed as of July 27, 2026.

Date: July 31, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
E-mail:   jalberto@coleschotz.com
              snewman@coleschotz.com
              jdougherty@coleschotz.com

      -and-

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
Marty L. Brimmage, Jr. (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email:    mbrimmage@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:    salberino@akingump.com
              kdoorley@akingump.com

Roxanne Tizravesh (admitted *pro hac vice*)
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822
Email:    rtizravesh@akingump.com

*Counsel to Strategic Value Partners, LLC*

2

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Laura Davis Jones*

Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
Edward A. Corma (No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         rcairns@pszjlaw.com
         ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Nicholas M. Adzima
Evan Swager
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   joshua.sussberg@kirkland.com
         nicholas.adzima@kirkland.com
         evan.swager@kirkland.com

- and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ross M. Kwasteniet P.C.
Spencer M. Winters
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:   ross.kwasteniet@kirkland.com
         spencer.winters@kirkland.com

*Counsel to the Debtor-Defendants*

3